No. 11–7768.  MATTHEWS v. NEW JERSEY.  Super. Ct. N. J., App. Div.  Certiorari denied.

No. 11–7771.  RICHARDSON v. BARONE, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT FOREST, ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 11–7774.  CHACON v. MCDANIEL, WARDEN, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 11–7775.  CAUSEY v. MCDANIEL, WARDEN, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 11–7776.  CERVANTES v. MCEWAN, ACTING WARDEN. C. A. 9th Cir.  Certiorari denied.

No. 11–7777.  RIDDICK v. MILIOTIS ET AL.  C. A. 1st Cir.  Certiorari denied.

No. 11–7781.  BISHOP v. FRANKLIN, WARDEN.  C. A. 10th Cir. Certiorari denied.

No. 11–7782.  BLAIR v. CRAWFORD.  C. A. 9th Cir.  Certiorari denied.

No. 11–7783.  ALLEN v. HOWES, WARDEN.  C. A. 6th Cir. Certiorari denied.

No. 11–7789.  JAMES v. MASSACHUSETTS.  App. Ct. Mass. Certiorari denied.

No. 11–7797.  DURR v. TUCKER, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 11–7800.  MANIGAULTE v. BOARD OF REGENTS OF NEW YORK ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 11–7805.  MILLER v. NOOTH, SUPERINTENDENT, SNAKE RIVER CORRECTIONAL INSTITUTION.  C. A. 9th Cir.  Certiorari denied.

No. 11–7806.  ORRANTE v. HENRY, WARDEN.  C. A. 9th Cir. Certiorari denied.